Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:25-CR-2065-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 1111, 1152 |
| ANTONIO MONTELLANO, | Second Degree Murder |
| Defendant. | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about January 28, 2025, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, ANTONIO MONTELLANO, a non-Indian, with malice aforethought, did unlawfully kill R.C., an Indian, by striking him in the head with a shovel, all in violation of 18 U.S.C. §§ 1111 and 1152.

INDICTMENT – 1

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1111, 1152, Second Degree Murder, as alleged in this Indictment, the Defendant, ANTONIO MONTELLANO, shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.     cannot be located upon the exercise of due diligence;
    b.     has been transferred or sold to, or deposited with, a third party;
    c.     has been placed beyond the jurisdiction of the court;
    d.     has been substantially diminished in value; or
    e.     has been commingled with other property which cannot be divided without difficulty,

//

//

//

//

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this ___10___ day of June 2025.

Richard R. Barker
Acting United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3