## CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2025

SEAN F. McAVOY, CLERK

**CASE NAME:** Antonio Montellano     **CASE NO.** 1:25-CR-2065-SAB

TOTAL # OF COUNTS: 1     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1111, 1152 | Second Degree Murder | CAG for any term of years or for life; and/or $250,000 fine; 5 years supervised release; and a $100 special penalty assessment. |
|  | 18 U.S.C. § 924(d), 28 U.S.C. 2461(c) | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |