# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. ANTONIO MONTELLANO**     Case No.  1:25-CR-2065-SAB
                                            1:23-CR-2061-SAB

**Arraignment/Initial Appearance on Indictment and Initial Appearance on Additional Supervised Release Petition:**     06/18/2025

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty |
| | | ☒ | Ulvar Klein, Defense Atty |
| ☒ | Araceli Mendoza, US Probation / Pretrial Services Officer | ☒ | Interpreter – Flavio Posse (video/tele) |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed in both cases |
| ☒ | Financial Affidavit (CJA 23) previously filed in CR-23-2061-SAB | ☒ | Defendant received copies of charging documents |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorney Ulvar Klein | ☒ | Charging documents reviewed in open court |
| ☒ | Supplemental PRE-Trial Services Report authorized, if needed | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging documents.

The Defendant acknowledged to the Court that their true and correct name is: ANTONIO MONTELLANO.

"Not guilty" plea entered on the Indictment.

A denial of the violations is entered on the supervised release petition case.

Discovery to be provided pursuant to the local rule on discovery.

USA advised a victim representative is present and wished to address the Court.

Victim representative Rayma Guardipee addressed the Court.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions,

including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.

**Detention Hearing:**
*Waived by Defendant;*
**USA's Motion for Detention is** *granted.*
*Subject to right to return before the Court should circumstances change.*