# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br><br>ANTONIO MONTELLANO,<br><br>                    Defendant. | Case Nos.    1:23-CR-2061-SAB-1<br>                        1:25-CR-2065-SAB-1<br><br>CRIMINAL MINUTES<br><br>DATE:    NOVEMBER 4, 2025<br><br>LOCATION:    YAKIMA, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING AND CHANGE OF PLEA HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN ||||
|---|---|---|---|
| Michelle Fox/Ruby Mendoza | 03 | Natalia Rivera – stand by | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Thomas Hanlon || Ulvar Klein ||
| **Government Counsel** || **Defense Counsel** ||
| **United States Probation Officer:**  Arturo Santana ||||

[X] Open Court      [ ] Chambers      [ ] Telecon/Video

Defendant present and in custody of U.S. Marshal.

Court confirms with defendant that he wants to proceed with an interpreter or without an interpreter. Defendant wants to proceed without an interpreter.

Court confirms that counsel are ready to proceed and asks about the violations. U. Klein states they are ready to proceed with admissions. Court will take the admissions and then set the sentencing with the other case.

T. Hanlon indicates there is a representative in the Court and will not speak today however will want to speak at sentencing.

Defendant is sworn in.

**[X] ORDER FORTHCOMING**

| CONVENED: 10:10 A.M. | ADJOURNED: 10:34 A.M. | TIME: 24 MIN. | CALENDARED [ X ] |
|---|---|---|---|

USA  -vs-  A. Montellano  
1:23-CR-2061-SAB-1/1:25-CR-2065-SAB-1  
Change of Plea Hearing/Revocation of Supervised Release Hearing

November 4, 2025  
Page 2

Court verifies defendant's name.  
    Defendant indicates that is his name.

Court explains to the defendant his rights but if you want to plea guilty, you will have to answer the questions by the Court.  
    Defendant understands.

Court asks defendant several questions about plea and admissions.  
    Defendant responds.

Court confirms that defendant understands the proceedings today.  
    Defendant indicates yes.

Court asks defendant why pleading guilty?  Defendant explains.  
      Court asks defendant what he did?  Defendant explains what he did.

Court continues colloquy with defendant regarding plea.  
    Defendant speaks to the Court.

Court outlines the jury selection and trial process.  Defendant understands.

Court discusses the Plea Agreement.  Defendant has reviewed and understands the document.

Court continues colloquy with defendant.  Court summarizes and outlines the elements.  
    Defendant responds to the Court and understands the elements.

Court outlines the maximum penalties.  
    Defendant understands.

Court outlines the guideline sentencing calculations.  
    Defendant understands.

Court confirms with defendant that he understands that he may be deported.  
    Defendant understands.

Court discusses the Waiver of Appeal.  
    Defendant understands.

Court outlines the factual summary.  
    Defendant agrees with the factual summary.

Court asks several questions.  Defendant understands and indicates yes.

Court asks U. Klein if he believes plea is knowing and voluntary.  
    U. Klein indicates yes.

Court asks U. Klein if there are any reasons why the Court should not accept the plea.  
    U. Klein indicates no.

Court asks T. Hanlon if there are any reasons why the Court should not accept the plea.  
    T. Hanlon indicates no.

Defendant pleads guilty to Count 1 of the Indictment.

*USA  -vs-  A. Montellano*  
1:23-CR-2061-SAB-1/1:25-CR-2065-SAB-1  
Change of Plea Hearing/Revocation of Supervised Release Hearing

November 4, 2025  
Page 3

Court finds the plea to be knowing, intelligent, voluntary and defendant's own.  
Court accepts plea to Count 1 of the Indictment.  
Court orders a presentence report.

Revocation of Supervised Release:

Court addresses the supervised release violations.

U. Klein asks to have the violations set at the same time as the sentencing because he need more time to review the violations and guidelines with his client.

Court will take admissions at the time of the sentencing.

The sentencing date will be February 10, 2026 at 11:00 am in Yakima.