Ulvar W. Klein
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Attorney for Defendant
Antonio Montellano

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 23-CR-2061-SAB-1 |
| Plaintiff, | ) 25-CR-2065-SAB |
| | ) DEFENDANT'S SENTENCING |
| vs. | ) MEMORANDUM |
| ANTONIO MONTELLANO | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

Comes now the defendant, Antonio Montellano, by and through counsel, and submits his sentencing memorandum asking for the court to impose a 240 month sentence for the impulsive killing of his friend.  While the defense agrees with the pre-sentence report guideline calculation for a sentencing range at 292-365 months, a slightly lower sentence of 240 months would properly balance the personal victimization and prior institutionalization of this defendant.

2nd Street
LAW
PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

- 1 -

MEMORANDUM

## I. Offense Level and Criminal History

The guidelines are based upon the offense conduct and the defendant's prior criminal history. The adjusted base offense level is 35 and the criminal history category is III. The guideline range is 292-365 months

## III. 18 USC 3553(a)

**Nature and circumstances of the offense:**

The facts of this case demonstrate the worst of human behavior that is fostered when one is controlled by the relentless paranoia induced by methamphetamine use. Here, the defendant and the deceased were amicably using methamphetamine over an extended period. They considered themselves to be friends. As this particular day went on the defendant chose to take a shower. When the deceased later entered the bathroom to offer a towel, an unfounded hateful impulse infected the defendant's being. The defendant irrationally believed that the entry into the bathroom was voyeuristic and the beginning of an unwanted sexual advance, to which the defendant reacted with a staggering amount of force. In his raging paranoia, he grabbed a shovel and beat his friend Ronnie Comenout to death.

2nd Street LAW PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

It seems fair to surmise that much of the defendant's irrational rage spawned from the sexual abuse the defendant suffered as a young child.  Yet, that is neither a sufficient explanation, nor a legal defense.  At its core this murder remains the result of methamphetamine abuse corrupting the defendant's brain and derailing rational thought.

**History and Characteristics of the Defendant:**

The presentence investigation report accurately portrays the defendant and the difficulties he has faced throughout life.  He lost his father when he was very young and an older siblings proved to be abusive.  He grew up in poverty surrounded by alcohol abusing adults.  This has already led him to prison, and he knows that he is now going back.  He regrets killing his friend during this methamphetamine binge. He has no good explanation for his reaction.  There is only remorse.

CONCLUSION

A sentence of 240 months, concurrent with the pending probation violation, is a sentence that would adequately promote respect for the law and provide significant deterrence as well.  Twenty years is an extremely long sentence for a spontaneous reaction, even when that reaction was driven by self-induced hallucinations. The defendant has been to prison before.  He knows how long 20 years will be.

2nd Street LAW PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

DATED: July 10, 2026

/s Ulvar W. Klein
Ulvar W. Klein, WSBA 24334
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
ulvar@secondstreetlaw.com
Attorney for Antonio Montellano

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Thomas Hanlon.

 s/ Marcie Rivera
Marcie Rivera
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
marcie@secondstreetlaw.com

- 4 -

2nd Street
LAW PLLC

217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771