# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

ANTONIO MONTELLANO,

Defendant.

**Case No.**   **1:25-cr-02065-SAB-1**

**1:23-cr-02061-SAB-1**

**CRIMINAL MINUTES**

**DATE:**   **07/13/2026**

**LOCATION:   YAKIMA, WA**

**SENTENCING AND SUPERVISED RELEASE REVOCATION HEARING**

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Ruby Mendoza **Courtroom Deputy** | 03 **Law Clerk** | Natalia Rivera [standby] **Interpreter** | Marilynn McMartin **Court Reporter** |
| Thomas Hanlon **Government Counsel** | | Ulvar Klein **Defense Counsel** | |
| **United States Probation Officer:**   Erica Helms, Phil Casey | | | |

**[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Telecon/Video**

Defendant present and in custody of the US Marshal.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines.  Court has reviewed all of the materials submitted and presentence report.  Offense Level of 35; Criminal History Category Level 6; Recommended Range 292 to 365 months.

No objections to the Presentence Report.  Court accepts the calculations in the Presentence Report.

Mr. Klein indicates defendant will be admitting to a violation.

Rayma Guardipee speaks to the Court on behalf of the victim.

Max Collins speaks to the Court on behalf of the victim.

# [ ]  ORDER FORTHCOMING

| **CONVENED:**   3:34 P.M. | **ADJOURNED:** 4:08 P.M. | **TIME: 34 MIN.** | **CALENDARED**   [  ] |
|---|---|---|---|

*USA  -vs- Montellano*
1:25-cr-02065-SAB-1 & 1:23-cr-02061-SAB-1
Sentencing and Supervised Release Revocation Hearing

**07/13/2026**
Page 2

Mr. Hanlon presents argument and outlines recommendations.

Mr. Klein presents argument and outlines recommendations.

Court confirms with Defendant that he has reviewed the Petitions.
    Defendant indicates yes.

Court asks defendant if he agrees and stipulates that the Court can review and rely on the evidence in the petitions in deciding whether he is in violation of supervised release.
    Defendant understands and indicates yes.

Defendant admits being in violation of supervised release.

Court finds that based on the evidence in the petitions and the defendant's admission, the Court finds that defendant is in violation of supervised release and find violations 1-4 to be committed.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court sentences defendant.

**1:25-cr-02065-SAB-1 - Sentencing**

**Imprisonment:** 328 months, defendant shall receive credit for time served.

**Supervised Release:** 5 years with all the conditions recommended by U.S. Probation and the following special conditions:

1.  You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

2.  You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3.  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

4.  You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Special Penalty Assessment:**  $100.00

**Fine:**  Waived

*USA -vs- Montellano*
1:25-cr-02065-SAB-1 & 1:23-cr-02061-SAB-1
Sentencing and Supervised Release Revocation Hearing

**07/13/2026**
Page 2

**1:23-cr-02061-SAB-1 – Supervised Release Revocation**

**Imprisonment:** 50 months, term to run concurrently to Case No. **1:25-cr-02065-SAB-1.**

**Supervised Release:** Terminated in this case, supervised release imposed in Case No. **1:25-cr-02065-SAB-1.**

**1:25-cr-02065-SAB-1 - Sentencing**

Court asks if defendant waives the reading of the conditions.
    Mr. Klein indicates conditions were reviewed and defendant waives a further reading of the conditions.

**Restitution:** $5,839.97 (Crime Victims Compensation Program) & $6,000.00 (Yakama Nation)

Mr. Klein addresses restitution with the Court.

Waiver of Right to Appeal discussed.